UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY RITCHOTTE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A. a corporation , and DOES 1-20, Inclusive,<br><br>　　　　　Defendants. | CASE NO.:  5:18-cv-01465-DSF-SPx<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** |

On August 20, 2018, the Court issued an Order (Dkt. 12) granting the Motion of Defendant Wells Fargo Bank, N.A. (successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB) ("Wells Fargo") to Dismiss Plaintiff's Complaint.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is hereby dismissed with prejudice;

2. Judgment is entered in favor of defendant Wells Fargo and against plaintiff Randy Ritchotte on the Complaint and all causes of action alleged therein;

3. Plaintiff shall take and recover nothing in this action from defendant Wells Fargo; and

4. As the prevailing party, Wells Fargo shall be entitled to file motions to tax costs and for attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 18, 2018

_/s/ Dale S. Fischer_
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE